IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 AUG 14 P 4: 32
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| THIRTY EIGHT STREET, INC., a Florida Corporation; and VANTAGE HOSPITALITY GROUP, INC., FORMERLY KNOWN AS, BEST VALUE INN BRAND MEMBERSHIP, INC., a Florida corporation, <br><br> Plaintiffs, <br><br> v. <br><br> SHEENAL, INC., an Alabama corporation, BIMAL PATEL, an individual, and MANUBHAI A. PATEL, an individual, <br><br> Defendants, | CASE NO. 2:07CV732-MHT |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Thirty Eight Street, Inc. and Vantage Hospitality Group, Inc., formerly known as Best Value Inn Brand Membership, Inc., Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047: there are no entities to be reported.

Respectfully submitted,

*/s/ Charles A. Stewart III*

Charles A. Stewart III (STE067)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

&

                                                Linda Friedman
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8274
Facsimile: (205) 488-6274

**Attorneys for Plaintiffs**
**Thirty Eight Street, Inc.**
**Vantage Hospitality Group, Inc.**

OF COUNSEL:
Daniel P. Larsen
Alter Wynne, LLP
222 SW Columbia, Suite 1800
Portland, OR 97201-6618
Telephone: (503) 226-1191