AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

THIRTY EIGHT STREET, INC., A FLORIDA
CORPORATION; AND VANTAGE
HOSPITALITY GROUP, INC.
FORMERLY KNOWN AS, BEST VALUE
INN BRAND MEMBERSHIP, INC., A
FLORIDA CORPORATION,

    Plaintiffs,

v.

SHEENAL, INC., AN ALABAMA
CORPORATION, BIMAL PATEL, AN
INDIVIDUAL, AND MANUBHAI A. PATEL,
AN INDIVIDUAL,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

2:07cv732 - MHT

TO: Manubhai A. Patel
    1210 Industrial Parkway
    Saraland, AL 36571

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY

Linda Friedman
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE 8/14/07

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(Print)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              *Date*                    *Signature of Server*

                                        _____
                                        *Address of Server*

AO 440 (Rev. 8/01) Summons in a Civil Action

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.