UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
AUG 23 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| **THIRTY EIGHT STREET, INC**, a Florida corporation; **and VANTAGE HOSPITALITY GROUP, INC., FORMERLY KNOWN AS, BEST VALUE INN BRAND MEMBERSHIP, INC.**, a Florida corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**SHEENAL, INC.**, an Alabama corporation, **BIMAL PATEL**, an individual, and **MANUBHAI A. PATEL**, an individual,<br><br>Defendants. | CIVIL ACTION NO. 2:07-CV-732-MHT |

**MOTION FOR ADMISSION *PRO HAC VICE***

Charles A. Stewart III, a member in good standing of the Alabama State Bar and of the United States District Court for the Middle District of Alabama, and an attorney of record for Plaintiffs Thirty Eight Street, Inc. ("Thirty Eight") and Vantage Hospitality Group, Inc. ("Vantage"), respectfully moves for admission *pro hac vice* attorney Daniel P. Larsen, of the firm of Ater Wynne, LLP., as additional counsel for the above-referenced Plaintiffs. In support of this Motion, a Certificate of Good Standing is attached.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $20.00 in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.



**WHEREFORE**, the undersigned respectfully requests this Court grant this Motion to admit attorney Daniel P. Larsen, of the firm of Ater Wynne, LLP., *pro hac vice* as additional counsel for Plaintiffs.

Respectfully submitted this the 23rd day of August, 2007.

*/s/ Charles A. Stewart III*
Charles A. Stewart III (STE067)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

&

Linda Friedman
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8274
Facsimile: (205) 488-6274

**Attorneys for Plaintiffs
Thirty Eight Street, Inc. and Vantage Hospitality Group, Inc.**

OF COUNSEL:
Daniel P. Larsen
Alter Wynne, LLP
222 SW Columbia, Suite 1800
Portland, OR 97201-6618
Telephone: (503) 226-1191

CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

SHEENAL, INC.
c/o Manubhai A. Patel, its registered agent
1210 Industrial Parkway
Saraland, AL  36571

Bimal Patel
5557 Saddlewood Lane
Brentwood, TN 37027

Manubhai A. Patel
1210 Industrial Parkway
Saraland, AL  36571

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing addresses, on this 23rd day of August, 2007.

_____
OF COUNSEL

# CERTIFICATE OF GOOD STANDING

## UNITED STATE DISTRICT COURT

### DISTRICT OF OREGON

I, Sheryl S. Mcconnell, Clerk of the United States District Court for the District of Oregon,

DO HEREBY CERTIFY

## DANIEL P. LARSEN

was duly admitted to practice in this Court and is in good standing as a member of the bar.

SHERYL S. McCONNELL
Clerk of Court

By _____
Thomas L. Gerhards, Deputy Clerk



Dated at Portland, Oregon

on August 20, 2007.

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000213
Cashier ID: khaynes
Transaction Date: 08/23/2007
Payer Name: BRADLEY ARANT ROSE AND WHITE
------------------------------------
PRO HOC VICE
 For: DANIEL P LARSEN
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
------------------------------------
CHECK
 Check/Money Order Num: 004566
 Amt Tendered: $20.00
------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00
```

CASE ACTION NO. 2:07-cv-732-MHT

THIRTY EIGHT STREET, INC. ET AL V.
SHEENAL ET AL