IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
THIRTY EIGHT STREET, INC.,     )
a Florida corporation, and     )
VANTAGE HOSPITALITY GROUP,     )
INC., formerly known as        )
Best Value Inn Brand           )
Membership, Inc., a            )
Florida Corporation,           )
                               )
    Plaintiffs,                )
                               )    CIVIL ACTION NO.
    v.                         )      2:07cv732-MHT
                               )
SHEENAL, INC., an Alabama      )
corporation, BIMAL PATEL,      )
an individual, and             )
MANUBHAI A. PATEL, an          )
individual,                    )
                               )
    Defendants.                )
```

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 6) is granted.

DONE, this the 24th day of August, 2007.

                                              /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**