AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] || DATE 9/6/07 |
| NAME OF SERVER (Print) Ryan Russell || TITLE P.I. |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1210 Industrial Parkway Saraland, AL 36571

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom summons and complaint were left: Stephanie Danson for Ms Bernadette Varnadoe Gen. Mgr.

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $80.00 | TOTAL $80.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/6/07
            Date                    Signature of Server

Address of Server: PO Box 746 Mobile, AL 36601

RETURNED AND FILED

SEP 13 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

THIRTY EIGHT STREET, INC., A FLORIDA CORPORATION; AND VANTAGE HOSPITALITY GROUP, INC., FORMERLY KNOWN AS, BEST VALUE INN BRAND MEMBERSHIP, INC., A FLORIDA CORPORATION,

    Plaintiffs,

v.

SHEENAL, INC., AN ALABAMA CORPORATION, BIMAL PATEL, AN INDIVIDUAL AND MANUBHAI A. PATEL, AN INDIVIDUAL,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2 07-CV-732-MHT

TO: SHEENAL, INC.
    c/o Manubhai A. Patel, its registered agent
    1210 Industrial Parkway
    Saraland, AL 36571

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY

Linda Friedman
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_         8/14/07
CLERK                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  9/6/07 |
| NAME OF SERVER *(Print)* | TITLE  P. I. |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
    1210 INDUSTRIAL PARKWAY
    SARALAND, AL 36571

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom summons and complaint were left: STEPHANIE DANSBY FOR MS. BERNADETTE VARNADOR

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  $80.00 | TOTAL  $80.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/6/07
            *Date*        *Signature of Server*

PO Box 746 Mobile, AL 36601
    *Address of Server*

**RETURNED AND FILED**

**SEP 1 3 2007**

**CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

THIRTY EIGHT STREET, INC., A FLORIDA
CORPORATION; AND VANTAGE
HOSPITALITY GROUP, INC.
FORMERLY KNOWN AS, BEST VALUE
INN BRAND MEMBERSHIP, INC., A
FLORIDA CORPORATION,

    Plaintiffs,

**SUMMONS IN A CIVIL ACTION**

v.

CASE NUMBER: 2:07-CV-732-MHT

SHEENAL, INC., AN ALABAMA
CORPORATION, BIMAL PATEL, AN
INDIVIDUAL, AND MANUBHAI A. PATEL,
AN INDIVIDUAL,

    Defendants.
      TO: Manubhai A. Patel
           1210 Industrial Parkway
           Saraland, AL 36571

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY

Linda Friedman
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                      DATE 8/14/07
CLERK

_[signature]_
(By) DEPUTY CLERK