UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **THIRTY EIGHT STREET, INC,** a Florida corporation; **and VANTAGE HOSPITALITY GROUP, INC., FORMERLY KNOWN AS, BEST VALUE INN BRAND MEMBERSHIP, INC.**, a Florida corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**SHEENAL, INC**., an Alabama corporation, **BIMAL PATEL**, an individual, **KM LODGING, LLC,** a Tennessee limited liability company, and **MANUBHAI A**. **PATEL**, an individual,<br><br>Defendants. | No. CV. 2:07cv732<br><br>NOTICE OF DISMISSAL OF<br><br>MANUBHAI A. PATEL |

Plaintiffs hereby dismiss without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), Defendant Manubhai A. Patel.

Respectfully submitted,

s/Linda Friedman
Linda Friedman
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203-2104
Telephone:  (205) 521-8274
Facsimile:  (205) 488-6274

&

Charles A. Stewart III
Bradley Arant Rose & White LLP

1

                        The Alabama Center for Commerce
                        401 Adams Avenue, Suite 780
                        Montgomery, AL 36104
                        Telephone: (334) 956-7700
                        Facsimile: (334) 956-7701

                        **Attorneys for Plaintiffs**
                        **Thirty Eight Street, Inc.**
                        **Vantage Hospitality Group, Inc**.

<u>OF COUNSEL</u>:
Daniel P. Larsen
Alter Wynne, LLP
222 SW Columbia, Suite 1800
Portland, OR  97201-6618
Telephone:  (503) 226-1191

CERTIFICATE OF SERVICE

       I hereby certify that I have this date served the above and foregoing on:

Bimal Patel
5557 Saddlewood Lane
Brentwood, TN  37027

Manubhai A. Patel
1210 Industrial Parkway
Saraland, AL  36571

Sheenal, Inc.
c/o Manubhai A. Patel, its registered agent
1210 Industrial Parkway
Saraland, AL  36571

KM Lodging, LLC
c/o Bimal Patel
5557 Saddlewood Lane
Brentwood, TN  37027

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing addresses, on this 15th day of November, 2007.

                                        s/Linda Friedman
                                        OF COUNSEL