IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| THIRTY EIGHT STREET, INC., a Florida corporation, and VANTAGE HOSPITALITY GROUP, INC., formerly known as Best Value Inn Brand Membership, Inc., a Florida Corporation, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:07cv732-MHT |
| SHEENAL, INC., an Alabama corporation; BIMAL PATEL, an individual; KM LODGING, LLC, a Tennessee limited liability company; and MANUBHAI A. PATEL, an individual, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion for entry of consent decree and final judgment (Doc. No. 14) is granted.

DONE, this the 19th day of November, 2007.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE